FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Oct 28, 2025
SEAN F. MCAVOY, CLERK

PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
2:21CR00057-RLP-1

DOCKET NUMBER *(Rec1. Court)*

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING
10:39 am, 10/29/25
**Margaret Botkins**
**Clerk of Court**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION | |
|---|---|---|---|
| Mirabal, Rio, A | Eastern District of Washington | Spokane | |
| | NAME OF SUPERVISING JUDGE | | |
| | Rebecca L. Pennell, U.S. District Judge | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| | | 09/11/2025 | 09/10/2028 |

OFFENSE

Damage by Fire to a Building Used in Interstate and Foreign Commerce, 18 U.S.C § 844(i)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Mirabal commenced supervision release in the District of Wyoming on September 11, 2025. He has no intention of returning to the Eastern District of Washington for supervision purposes, therefore, jurisdiction has been requested to be transferred.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF Washington

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Wyoming upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/27/2025
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF Wyoming

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/27/2025
*Effective Date*

*United States District Judge*